LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax:          (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA BERNICE MENDOZA, an individual,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>THE LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE OFFICERS OF THE LAS VEGAS METROPOLITAN POLICE DEPARTMENT I-X; ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,<br><br>　　　　　　Defendants. | Case No.:   2:24-cv-00123-RFB-BNW<br><br>**STIPULATION TO EXTEND DISCOVERY**<br>**(First Request)**<br>**[ECF No. 12]** |

　　　IT IS HEREBY STIPULATED AND AGREED between the parties that the discovery cut-off date of August 5, 2024, be continued for a period of ninety (90) days up to and including **November 4, 2024**, for the purpose of allowing the parties to conduct written discovery, serve third-party subpoenas, conduct depositions, and to retain any necessary expert and rebuttal experts.

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3733048_1.docx  6943.300

Page 1 of 4

## I. DISCOVERY COMPLETED TO DATE

Defendant, Las Vegas Metropolitan Police Department ("LVMPD") provided its initial Rule 26 Disclosures to Plaintiff. Plaintiff has not yet provided her initial disclosures. LVMPD served written discovery (Requests for Production of Documents and Requests for Admissions) on Plaintiff. Responses to the written discovery are due July 8, 2024.

## II. DISCOVERY YET TO BE COMPLETED

Plaintiff will provide her initial disclosures and responses to written discovery to LVMPD. The parties are currently vetting the need for any expert witnesses, third-party subpoenas and depositions to be taken. If necessary, the parties will retain and disclose expert and rebuttal expert reports; serve third-party subpoenas; and take depositions. Additional written discovery will be served by Plaintiff and LVMPD.

## III. REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

Plaintiff initially filed suit through attorney Leo Flangas. However, due to the nature of the claims in this litigation, Plaintiff and Mr. Flangas have determined it would be in the best interest of Plaintiff to be represented by Counsel familiar with litigating § 1983 cases: E. Brent Bryson. Mr. Bryson submitted an Order to the Court to substitute as Counsel on April 30, 2024, [ECF No. 13]. On May 1, 2024 the Court struck the Order as a Motion to Substitute was not filed. [ECF No. 14]. Mr. Bryson will be filing the appropriate Motion. Because Mr. Bryson will be litigating this matter, the parties have not conducted any meaningful discovery yet, and request the instant extension.

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3733048_1.docx  6943.300

Page 2 of 4

## IV.   PROPOSED EXTENDED DEADLINES

The parties respectfully request this Court enter an order as follows:

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Discovery Cut Off | August 5, 2024 | November 4, 2024 |
| Disclosure of Experts | June 6, 2024 | September 5, 2024 |
| Disclosure of Rebuttal Experts | July 8, 2024 | October 7, 2024 |
| Dispositive Motion Deadline: | September 5, 2024 | December 4, 2024 |
| Pre-Trial Order | October 4, 2024 | January 3, 2025 |

**(A)   Motions in Limine/*Daubert* Motions.**

Under LR 16-3(b), any motions in limine, including *Daubert* motions, shall be filed and served 30 days prior to the commencement of Trial. Oppositions shall be filed and served 14 days thereafter. Reply briefs will be allowed only with leave of the Court.

**(B)   Pretrial Order.**

Pursuant to LR 26(1)(e)(5), the Joint Pretrial Order shall be filed with this Court no later than thirty days after the date set for filing dispositive motions, unless dispositive motions are filed, in which case the date for filing the Joint Pretrial Order shall be suspended until 30 days after the decision on the dispositive motions or further order of this Court. The disclosures required by FRCP 26(a)(3) and any objections shall be included in the final pretrial order.

**(C)   Extensions or Modification of the Discovery Plan and Scheduling Order.**

In accordance with LR 26-3, applications to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend a deadline set forth in a discovery plan shall be received by the Court not later than 21 days before

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3733048_1.docx  6943.300

Page 3 of 4

the expiration of the subject deadline. A request made after the expiration of the subject deadline shall not be granted unless the movant demonstrates that the failure to set was the result of excusable neglect. Any motion or stipulation to extend a deadline or to reopen discovery shall include:

    (a)    A statement specifying the discovery completed;

    (b)    A specific description of the discovery that remains to be completed;

    (c)    The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and

    (d)    A proposed scheduled for completing all discovery.

The parties submit that good cause exists for an additional extension of the discovery deadlines. Because of the nature of the case and claims, there have been some delays due a change in Counsel for Plaintiff. This request is timely. This brief delay will not impede this matter and, in fact, will assist all parties to complete all necessary discovery. No Trial has been set and dispositive motions have not yet been filed.

DATED this 6th day of June, 2024.

By: /s/ Lyssa S. Anderson
Lyssa S. Anderson (SBN 5781)
Kristopher J. Kalkowski (SBN14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
**Attorneys for Defendant**
**Las Vegas Metropolitan Department**

By: /s/ Thomas Fronczek
Leo P. Flangas (SBN 5637)
Thomas M. Fronczek (SBN 11380)
600 S. 3rd Street
Las Vegas, NV 89101
**Attorney for Plaintiff**

**IT IS SO ORDERED.**

DATED this __10__ day of June, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3733048_1.docx  6943.300

Page 4 of 4