LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRENDA BERNICE MENDOZA, an individual,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>THE LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE OFFICERS OF THE LAS VEGAS METROPOLITAN POLICE DEPARTMENT I-X; ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,<br><br>　　　　　　Defendants. | Case No.:   2:24-cv-00123-RFB-MDC<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT**<br>**(First Request)**<br>**[ECF No. 23]** |

Defendant Las Vegas Metropolitan Police Department ("LVMPD"), by and thro`ugh its counsel, Kaempfer Crowell, and Plaintiff Brenda Mendoza, through her counsel, E. Brent Bryson, Ltd., stipulate and agree for an extension of seven days for LVMPD to file a Reply in support of its Motion for Summary Judgment, (ECF No. 23).  The current deadline to file the Reply is January 24, 2025; the extended deadline will become **January 31, 2025**.

Good cause exists for the extension in accord with Local Rule IA 6-1 based on the

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3907143_1.docx  6943.300

Page 1 of 2

undersigned counsel for LVMPD, Lyssa Anderson, recently undergoing a medical procedure that restricted the ability to work as well as counsel Kristopher Kalkowski being out of the office from January 21 through 25, 2025, for a pre-planned business event. The parties agree that the short extension will not prejudice claims or defenses in this case.

DATED this 17th day of January, 2025.    DATED this 16th day of January, 2025.

By:    /s/ Lyssa S. Anderson                       By:    /s/ E. Brent Bryson
      Lyssa S. Anderson (SBN 5781)           E. Brent Bryson
      Kristopher J. Kalkowski (SBN14892)   E. BRENT BRYSON, LTD.
      1980 Festival Plaza Drive, Suite 650      375 E. Warm Springs Rd., Ste. 104
      Las Vegas, Nevada 89135                   Las Vegas, NV 89119
      ***Attorneys for Defendant***                  ebbesqltd@yahoo.com
      ***Las Vegas Metropolitan Department***  ***Counsel for Plaintiff***

**IT IS SO ORDERED.**

Dated this   21   day of January, 2025.

_____
**UNITED STATES DISTRICT COURT JUDGE**

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3907143_1.docx  6943.300

Page 2 of 2