LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA BERNICE MENDOZA, an individual,<br><br>Plaintiffs,<br>vs.<br><br>THE LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE OFFICERS OF THE LAS VEGAS METROPOLITAN POLICE DEPARTMENT I-X; ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00123-RFB-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant, Las Vegas Metropolitan Police Department ("LVMPD"), by and through its counsel, Kaempfer Crowell, and Brenda Bernice Mendoza ("Plaintiff"), by and through her counsel, E. Brent Bryson, stipulate and agree that all of Plaintiff's claims in this matter are

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

20250416 SAO to Dismiss - wla draft.DOCX  6943.300

Page 1 of 2

hereby dismissed with prejudice, with each party to bear their own attorney fees and costs.

DATED this 16th day of April, 2025.

KAEMPFER CROWELL

By: /s/ _____
LYSSA ANDERSON (5781)
KRISTOPHER KALKOWSKI (14892)
1980 Festival Plaza Dr. Ste. 650
Las Vegas, Nevada 89135

*Attorneys for Defendant
Las Vegas Metropolitan Police
Department*

E. BRENT BRYSON, LTD.

By: /s/ _____
BRENT BRYSON (4933)
375 E. Warm Springs Rd., Ste. 104
Las Vegas, NV 89119

*Attorneys for Plaintiff
Brenda Berenice Mendoza*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: April 18, 2025

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

20250416 SAO to Dismiss - w/a draft.DOCX  6943.300

Page 2 of 2